GARY R. GLEASON (SBN 136167)
ggleason@micleangleason.com
CARMEN M. AVILES (SBN 251993)
caviles@micleangleason.com
MICLEAN GLEASON LLP
411 Borel Avenue, Suite 310
San Mateo, CA  94402
Telephone:  (650) 684-1181
Facsimile:  (650) 684-1182

Attorneys for Defendant
HARTFORD INSURANCE COMPANY
OF THE MIDWEST

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK CHIN, an Individual, and UTAP PRINTING CO., INC.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, and DOES ONE THROUGH TEN, inclusive,<br><br>　　　　Defendants. | Case No. 3:16-cv-01571-WHO<br><br>**JOINT STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>[CIVIL L.R. 6-2] |

1  WHEREAS, the Court set the ~~Settlement~~ Case Management Conference for June 28, 2016 at 2:00 p.m. (Dkt. No. 21), before Judge William H. Orrick.

WHEREAS, due to unforeseen circumstances Counsel will not be available on June 28, 2016.

WHEREAS, the Parties' request to continue the Case Management Conference and this Stipulation will not significantly alter the schedule of the case.

WHEREAS, Defendant has contacted the courtroom deputy, Jean Davis, and requested a new date. Defendant has been informed that July 05, 2016 is available for a case management conference.

NOW THEREFORE, the Parties respectfully request that the Case Management Conference be continued from June 28, 2016 to July 05, 2016.

Respectfully submitted,

MICLEAN GLEASON LLP

Dated: June 17, 2016

By: /s/ *Gary R. Gleason*
Gary R. Gleason
Attorneys for Miclean Gleason LLP

Dated: 6/20/16

WILLIAMS & GUMBINER LLP

By: _____
Joel Gumbiner
Attorney for Patrick Chin

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 20, 2016

_____
WILLIAM H. ORRICK
UNITED STATES JUDGE

1

JOINT STIPULATION TO CONTINUE CMC                                    CASE NO. 3:16-cv-01571-WHO